Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

22 CV 946-S

Robert W. Johnson, 101 Hands On & Robert W. Johnson, Esq., Pro Se
(Name of Plaintiff or Petitioner)

**MOTION TO PROCEED IN FORMA PAUPERIS**
**AND SUPPORTING AFFIRMATION**

_____-CV-_____

v.

Linda Hesch, et al.
(Name of Defendant(s) or Respondent(s))

*FILED DEC 7 – 2022, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

I, Robert W. Johnson, (print or type your name) am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes [ ]  No [X]
   My Employer's Name and Address is: _____
   My Gross Monthly Wages are: $ Ø
   If you are not presently employed, state
   Your Last Date of Employment: _____
   Your Gross Monthly Wages at that time: _____
   Is your spouse presently employed? Yes [ ]  No [X]
   My Spouse's Employer's Name and Address is: _____
   My Spouse's Gross Monthly Wages are $ Ø

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes [ ]  No [X]
      If yes, state source and amount received per month $ Ø
   b. Rent payments, interest or dividends? Yes [ ]  No [X]
      If yes, state source and amount received per month $ Ø
   c. Pensions, annuities, disability, or life insurance payments? Yes [ ]  No [X]
      If yes, state source and amount received per month $ Ø
   d. Gifts or inheritances? Yes [ ]  No [X]
      If yes, state source and amount received per month $ Ø
   e. Child Support? Yes [ ]  No [X]
      If yes, state amount received each month $ Ø
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes [ ]  No [X]
      If yes, state source and amount received per month $ _____
   g. Friends, Relatives or any other source? Yes [ ]  No [X]
      If yes, state source and amount received per month $ Ø

   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses: _____

3. What is your total gross monthly income today: $ Ø

4. How much **cash** do you have on hand? $ Ø

5. How much money do you have in a **checking account(s)**? $ 0

6. How much money do you have in a **savings account(s)**? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners <u>must</u> have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): N/A

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☒
   If so, **describe** the property in detail and give an **estimated value** of the property: _____

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ☐ No ☒
   If yes where are you obtaining the money to make such payments: N/A

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $ 0   Food $ 0   Utilities $ 0   All other expenses $ 0
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   N/A

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: N/A

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ☐ No ☒
    If the answer is yes, please include the court and date of filing N/A

**I declare under penalty of perjury that the foregoing is true and correct.**
Executed on 12/06/2022                    _____
            (Date)                         (Applicant's Signature)

## PRISON CERTIFICATION SECTION

(Required for Prisoner Requests Only; Prisoner Requests <u>Must</u> Have This Section Completed By Prison Official)

**I certify** that the movant has the sum of $_____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.
**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____
**I further certify** that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution