United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON, et al., | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 22-CV-946 |
| v. | |
| LINDA HESCH, et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the action is Dismissed and the Court certifies that any appeal would not be taken in good faith and, therefore leave to appeal to the Court of Appeals as a poor person is denied.

Date: January 13, 2025              MARY C. LOEWENGUTH
                                    CLERK OF COURT


                                    By: s/Suzanne
                                        Deputy Clerk